E-Filed 6/17/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAHOO!, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DOES 1 THROUGH 510, INCLUSIVE,<br><br>　　　　　Defendant. | Case No. 16-cv-02879-LHK   (HRL)<br><br>**ORDER APPROVING PROPOSED SUBPOENA**<br><br>Re: Dkt. Nos. 18, 19 |

The court granted Plaintiff Yahoo!, Inc. ("Yahoo") leave to conduct limited early discovery and directed Yahoo to file a proposed subpoena for service on RingCentral, Inc. Dkt. No. 18. Yahoo promptly filed a proposed subpoena. Dkt. No. 19-1. The court approves the proposed subpoena. Yahoo may serve the approved subpoena on RingCentral, Inc. so long as it is accompanied by a copy of this order and a copy of the order which granted leave to conduct limited early discovery.

**IT IS SO ORDERED.**

Dated: 6/17/16

HOWARD R. LLOYD
United States Magistrate Judge